the New York, Auburn & Lansing Railroad Company and others. No opinion. Orders affirmed, with $10 costs and disbursements.

CONDESSO, Respondent, v. LANZETTA, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Lizzie Condesso against James Lanzetta. No opinion. Judgment and order affirmed, with costs.

CONDRAN, Respondent, v. PARK & TILFORD, Appellants. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by Mary E. Condran, as administratrix, against Park & Tilford. F. V. Johnson, of New York City, for appellants. J. E. Ruston, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents.

CONDREN, Respondent, v. PARK & TILFORD, Appellants. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by Ellen Condren, as administratrix, against Park & Tilford. F. V. Johnson, of New York City, for appellant. H. E. Herman, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents.

CONSOLIDATED RY. & LIGHT CO., Appellant, v. ELECTRIC BOND & SHARE CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by the Consolidated Railway & Light Company against the Electric Bond & Share Company and others. A. C. Cass, of New York City, for appellant. G. Sumner, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

CONWAY, Respondent v. NORCROSS BROS. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by Mary Conway, as administratrix, against the Norcross Bros. Company. W. D. Reed, of New York City, for appellant. R. Gillette, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

COOK, Appellant, v. CONNORS, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Margaret E. Cook against William J. Connors. No opinion. Motion for leave to appeal to Court of Appeals (from 157 App. Div. 832, 143 N. Y. Supp. 230) granted.

COON, Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by Frederick W. Coon against James A. Miller, Jr. G. H. Taylor, of Mt. Vernon, for appellant.

E. Goldmark, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See former opinion in Coon v. Miller, 151 App. Div. 631, 136 N. Y. Supp. 226.

CORCORAN, Appellant, v. EMIGRANT INDUSTRIAL SAVINGS BANK, Respondent. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Jennie M. Corcoran against the Emigrant Industrial Savings Bank. T. W. Churchill, of New York City, for appellant. R. O'Gorman, of Larchmont, for respondent. No opinion. Order affirmed, with 10 costs and disbursements. Order filed.

COUDERSPORT MANGLE ROLLER MFG. CO., Appellant, v. ELLIOTT, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by the Coudersport Mangle Roller Manufacturing Company against Clayton H. Elliott. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

COYLE, Respondent, v. LUCEY, Appellant. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by Albina Coyle against Jeremiah Lucey, as administrator. A. V. Norton, of New York City, for appellant. P. J. O'Brien, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re CRAGG. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) In the matter of Walter H. Cragg, an attorney. No opinion. Motion to confirm report of referee granted, and respondent disbarred. See, also, 157 App. Div. 927, 142 N. Y. Supp. 1114.

In re CRERAND'S ESTATE. (Supreme Court, Appellate Division, First Department. October 31, 1913.) In the matter of William F. Crerand, deceased. No opinion. Order modified, by requiring the executor to pay the legacy, with the deduction of 1 per cent. transfer tax, and with such interest as the money on deposit in the bank has earned, if any, and, as so modified, affirmed, with $10 costs and disbursements to the appellant. Settle order on notice.

CRISCUOLI, Respondent, v. CRISCUOLI, Appellant. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Luigi Criscuoli against Flora Criscuoli. No opinion. Order affirmed, without costs. See, also, 157 App. Div. 895, 142 N. Y. Supp. 1114.

CROSS & BROWN CO., Appellant, v. HEGEMAN & CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by the